*E. E. Rose* and *E. H. C. Cavins*, for appellee.

---

## McDowell and Others *v.* Baker and Another.

ATTORNEYS.—CONTRACT.—To an action against an attorney to recover money collected by him as such, it was answered that the money was collected under a special contract, by which he was to receive one-third of the amount collected for his services. On the trial, it appeared that after a portion of the money had been collected, the plaintiff demanded an accounting, which was refused, and it was held that the attorney, after this default, could not claim the benefit of the contract as to money thereafter collected by the plaintiff.

APPEAL from the *Martin* Common Pleas.

RAY, J.—This suit was brought to recover money collected for the appellants by the appellees, as attorneys at law. The defendants claimed that under a special contract they were to receive one-third of the amount ultimately collected, for their services in securing the claim. There was a trial by the court, which resulted in a finding of $98 85 for the plaintiffs. A motion by the plaintiffs for a new trial was overruled.

The evidence shows that the defendants had collected $447 76, when the plaintiffs demanded an accounting of them, which was refused.    Under the special contract pleaded, the defendants were entitled to one-third of this sum, but from the date of the demand and failure to account they were in default, and could not claim the benefit of their special contract as to any money thereafter collected by the plaintiffs.    The finding was too small, as it gave the defendants the benefit of their special contract in sums thus collected.

The judgment is reversed, with costs.

*S. W. Short*, for appellants.

*J. Baker*, for appellees.